IN THE SUPREME COURT OF THE STATE OF DELAWARE

MARC J. CENTRELLA, §
§
Counterclaim Plaintiff § No. 516, 2025
Below, Appellant, §
§ Court Below–the Superior
v. § Court of the State of Delaware
§
AVANTOR, INC., § C.A. No. N23C-10-200 CCLD
§
Counterclaim Defendant §
Below, Appellees. §
§

Submitted: June 3, 2026
Decided: June 11, 2026

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Decision After Trial dated December 11, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice